**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

Case No. 01-60896

_____


BANK ONE NA

     Plaintiff-Appellee,

v.

IRIS PITTMAN

     Defendant-Appellant.

-----------------------------------------------
Appeal from the United States District Court
for the Southern District of Mississippi
(2:01-CV-38-LN)
-----------------------------------------------
October 24, 2002

Before KING, Chief Judge, and JOLLY, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM[*]:

Appellant challenges the district court's ruling granting Bank One's motion to compel arbitration and to stay the Appellant's pending state law claims and denying Appellant's request for abstention and dismissal, discovery, and a jury trial. This case is indistinguishable from those that we

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

reviewed and ruled on in the related cases of <u>Bank One, N.A. v. Boyd</u>[2] and <u>Bank One, N.A. v. Lake</u>.[3] For essentially the same reasons that are set forth in our opinion in <u>Boyd</u> and in the district court's opinions in <u>Bank One, N.A. v. Coates</u>,[4] and <u>Bank One, N.A. v. Taylor</u>,[5] the judgment of the district court in this case is, in all respects,

AFFIRMED.

---

[2]    288 F.3d 181 (5th Cir. 2002).

[3]    No. 01-60051 (5th Cir. April 5, 2002) (unpublished).

[4]    125 F. Supp. 2d 819 (S.D. Miss. 2001).

[5]    No. 4:01CV15-D-B (N.D. Miss. May 7, 2002) (order granting petition to compel arbitration).